JASON D. SMITH, ESQ.
Nevada Bar No. 9691
E-mail: jsmith@nevadafirm.com
KRISTOL BRADLEY GINAPP, ESQ.
Nevada Bar No. 8468
E-mail: kginapp@nevadafirm.com
HOLLEY DRIGGS
300 South 4th Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702-791-0308
Facsimile: 702-791-1912

*Attorney for Defendant, All Western Mortgage, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KAITLYN AMBURGY,<br><br>Plaintiff,<br><br>v.<br><br>ALL WESTERN MORTGAGE, INC., A DOMESTIC CORPORATION; DOES I THROUGH X; AND ROE CORPORATIONS I THROUGH X, INCLUSIVE,<br><br>Defendants. | CASE NO.: 2:24-cv-00866-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME**<br><br>**(FIRST REQUEST)** |

COME NOW the parties, by and through their undersigned counsel, hereby agree and stipulate as follows:

The parties seek to extend the time for All Western Mortgage ("Defendant") to respond to the Complaint. Good cause exists for this request because Defendant's counsel was recently retained and needs additional time to meet with Defendant to get up to speed on the matter prior to filing a response to Plaintiff's Complaint. The current response deadline is July 3, 2024. The parties stipulate and agree (and request an Order from this Court) to allow Defendant to and including July 17, 2024 within which to file its response. This is the parties' first request for an extension of time for Defendant to respond to Plaintiff's Complaint. This request is made in good faith and not for purposes of delay.

/ / /

15773-04\3182207.doc

**IT IS SO STIPULATED.**

Dated this  2nd  day of July, 2024.

**MAIER GUTIERREZ & ASSOCIATES**

 /s/ Danielle J. Barraza
JASON R. MAIER, ESQ.
DANIELLE J. BARRAZA, ESQ.
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
*Attorneys for Plaintiff Kaitlyn Amburgy*

Dated this  2nd  day of July, 2024.

**HOLLEY DRIGGS**

/s/ Jason D. Smith
JASON D. SMITH, ESQ.
KRISTOL BRADLEY GINAPP, ESQ.
300 South Fourth Street, Suite 1600
Las Vegas, NV 89101
*Attorneys for Defendant All Western Mortgage, Inc.*

**ORDER**

Based upon the foregoing Stipulation by the parties, and good cause appearing,

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 3, 2024

Submitted by:

**HOLLEY DRIGGS**

/s/ Jason D. Smith
JASON D. SMITH, ESQ.
KRISTOL BRADLEY GINAPP, ESQ.
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
*Attorneys for Defendant All Western Mortgage, Inc.*