1  JASON MAIER, ESQ.
   Nevada Bar No. 8557
2  DANIELLE J. BARRAZA, ESQ.
   Nevada Bar No. 13822
3  MAIER GUTIERREZ & ASSOCIATES
   8816 Spanish Ridge Avenue
4  Las Vegas, Nevada 89148
   Telephone: 702.629.7900
5  Facsimile:  702.629.7925
   E-mail:   jrm@mgalaw.com
6              djb@mgalaw.com

7  *Attorneys for Plaintiff Kaitlyn Amburgy*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| KAITLYN AMBURGY, individually, | Case No.: 2:24-cv-00866-GMN-BNW |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** |
| vs. | |
| ALL WESTERN MORTGAGE, INC., a domestic corpration; DOES I through X; and ROE CORPORATIONS I through X, inclusive, | **[FIRST REQUEST]** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff KAITLYN AMBURGY ("Plaintiff"), defendant ALL WESTERN MORTGAGE, INC ("Defendant"), by and through their undersigned counsel of record, stipulate to extend the unexpired discovery deadlines by two-weeks (14) days pursuant to LR IA 6-1, LR IA 6-2, and LR 26-3.  This stipulation is made in good faith and not for purposes of delay.

**A.  DISCOVERY COMPLETED**

1. FRCP 26(f) Conference was held and a Joint Case Conference Report was filed;
2. Plaintiff has made an initial NRCP 16.1 disclosure and supplements thereto;
3. Defendants have made an initial NRCP 16.1 disclosure;
4. Defendants First Supplement to its Initial Disclosure; and

1

5. Plaintiff has served written discovery requests and is awaiting responses from Defendant.

**B.  DISCOVERY THAT REMAINS TO BE COMPLETED**

1. Depositions of Defendants;
2. Deposition of Plaintiff;
3. Defendants is to serve discovery responses;
4. Additional discovery to be served;
5. Other necessary depositions, i.e. potential lay witnesses;
6. Initial expert disclosure;
7. Rebuttal expert disclosure;
8. Initial expert depositions;
9. Rebuttal expert depositions.

**C.  REASONS WHY DISCOVERY REMAINING CANNOT BE TIMELY COMPLETED**

The purpose of this request is primarily for purposes of allowing the parties sufficient time to determine if a stipulation can be entered regarding the filing of an Amended Complaint which incorporates Plaintiff's Title VII claims that were recently released by the EEOC through a Right to Sue Letter.  The current deadline to file a motion or stipulation to amend the pleadings is October 15, 2024 [ECF No. 11].

On or about September 27, 2024, the EEOC issued a Right to Sue letter to Plaintiff, which means Plaintiff can now move to incorporate her Title VII claims into the pending lawsuit which contains her FMLA claims.  The parties have a mutual interest in all claims being litigated in one single action.

Plaintiff is in the process of preparing the Amended Complaint, however Defendant's counsel will be out of the jurisdiction with limited service the week of October 7 – October 11, 2024. Defendant's counsel also recently underwent a firm merger and anticipates there may be delays with respect to server access for the next week.  In order to afford the parties sufficient time to determine if a stipulation can be submitted on the issue of amending Plaintiff's complaint instead of a motion,

and to accommodate defense counsel's schedule and firm merger process, the parties are in good faith seeking a brief 2-week extension on the remaining deadlines.

**D.     PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY.**

|    |                        | Old Discovery Deadlines: | New Discovery Deadlines: |
|----|------------------------|--------------------------|--------------------------|
| 1. | Discovery cut-off:     | January 13, 2025         | January 27, 2025         |
| 2. | Amend /add parties:    | October 15, 2024         | October 29, 2024         |
| 3. | Initial experts:       | November 14, 2024        | November 28, 2024        |
| 4. | Rebuttal experts:      | December 16, 2024        | December 30, 2024        |
| 5. | Dispositive motions:   | February 12, 2025        | February 26, 2025        |

DATED this 4th day of October, 2024.                    DATED this 4th day of October, 2024.

**MAIER GUTIERREZ & ASSOCIATES**                         **SPENCER FANE LLP**

*/s/ Danielle J. Barraza*                                */s/ Jason D. Smith*

JASON MAIER, ESQ.                                        JASON D. SMITH, ESQ.
Nevada Bar No. 8557                                      Nevada Bar No. 9691
DANIELLE J. BARRAZA, ESQ.                                300 South 4th Street, Suite 1600
Nevada Bar No. 13822                                     Las Vegas, Nevada 89101
8816 Spanish Ridge Avenue                                *Attorneys for Defendant All Western Mortgage, Inc.*
Las Vegas, Nevada 89148
*Attorneys for Plaintiff Kaitlyn Amburgy*

## ORDER

IT IS SO ORDERED.

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: October 7, 2024

3