JASON D. SMITH, ESQ.
Nevada Bar No. 9691
**SPENCER FANE LLP**
300 South 4th Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 408-3400 / Fax: (702) 938-8648
E-mail: jdsmith@spencerfane.com

*Attorney for Defendant All Western Mortgage, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KAITLYN AMBURGY,<br><br>                    Plaintiff,<br><br>    v.<br><br>ALL WESTERN MORTGAGE, INC., A DOMESTIC CORPORATION; DOES I THROUGH X; AND ROE CORPORATIONS I THROUGH X, INCLUSIVE,<br><br>                    Defendants. | CASE NO.:  2:24-cv-00866-GMN-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff KAITLYN AMBURGY ("*Plaintiff*"), by and through her undersigned counsel of record, Danielle J. Barraza, Esq. of the law firm Maier Gutierrez & Associates, and Defendant ALL WESTERN MORTAGE, INC. ("*Defendant*"), by and through its undersigned counsel of record, Jason D. Smith, Esq. of the law firm Spencer Fane LLP (collectively, the "*Parties*"), hereby stipulate and agree as follows:

1. The above-entitled action be dismissed in its entirety with prejudice, with each party to pay their own fees and costs; and

2. The Parties respectfully request the Court direct the clerk to close this case and remove it from the Court's docket.

/ / /

/ / /

/ / /

**IT IS SO STIPULATED.**

Dated this 15th day of November, 2024.

**MAIER GUTIERREZ & ASSOCIATES**

/s/ Danielle J. Barraza
JASON R. MAIER, ESQ.
Nevada Bar No. 8557
DANIELLE J. BARRAZA, ESQ.
Nevada Bar No. 13822
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Tel.: (702) 629-7900 / Fax: (702) 629-7925
Email: jrm@mgawlaw.com
djb@mgalaw.com

*Attorneys for Plaintiff Kaitlyn Amburgy*

Dated this 15th day of November, 2024.

**SPENCER FANE LLP**

/s/ Jason D. Smith
JASON D. SMITH, ESQ.
Nevada Bar No. 9691
300 South 4th Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 408-3400 / Fax: (702) 938-8648
E-mail: jdsmith@spencerfane.com

*Attorney for Defendant All Western Mortgage, Inc.*

## ORDER

Based upon the foregoing Stipulation by the parties, and good cause appearing, **IT IS SO ORDERED.**

**Dated: November  18 , 2024.**

_____
Gloria M. Navarro
United States District Judge

Submitted by:

**SPENCER FANE LLP**

/s/ Jason D. Smith
JASON D. SMITH, ESQ.
Nevada Bar No. 9691
300 South 4th Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 408-3400 / Fax: (702) 938-8648
E-mail: jdsmith@spencerfane.com

*Attorney for Defendant All Western Mortgage, Inc.*

LV 6702375.1